JOHN I. PLUME, APPELLANT, AND GEORGE D. SMALL, RESPONDENT.

1. The conditions of sale for the sale of lands and buildings provided for the sale of the buildings separately; and one of the conditions of the sale was as follows: "The buildings will be sold, to be removed within thirty days from this date, from the premises." *Held*, that the purchaser of a building who also purchased the lot on which it stood, was not bound to remove the building.

2. The Court of Chancery cannot act on a distinct ground for relief made by the proofs, if it be not set up in the bill.

This case is reported *ante p.* 460.

*A. Gifford* and *Wm. Halsted,* for the appellant.

*A. C. M. Pennington,* for the respondent.

The decree of the Chancellor was unanimously affirmed.